MICHAEL J. MCAVOYAMAYA, ESQ.
Nevada Bar No.: 14082
4539 Paseo Del Ray
Las Vegas, Nevada 89121
Telephone:     (702) 299-5083
Mmcavoyamayalaw@gmail.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| JOSE MENDOZA JR., individually and as a member and on behalf of the AMALGAMATED TRANSIT UNION LOCAL 1637, a non-profit cooperative corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMALGAMATED TRANSIT UNION INTERNATIONAL ("ATU"), a nonprofit corporation; JAMES LINDSAY III, individually and in his official capacity as ATU International Vice President and Trustee; LAWRENCE J. HANLEY, individually and in his official capacity as International Union President; ANTONETTE BRYANT, individually and in her official capacity as International Representative and Hearing Officer; TERRY RICHARDS, individually; CAROLYN HIGGINS, individually; KEIRA MCNETT, individually; DANIEL SMITH, individually; TYLER HOME, individually;<br><br>Defendants. | **CASE NO.:** 2:17-cv-02485-JCM-CWH<br><br><br><br>**PLAINTIFF'S EX PARTE REQUEST TO DISREGARD PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS** |

COME NOW, Plaintiff, JOSE MENDOZA JR., by and through his attorney of record, MICHAEL MCAVOYAMAYA, ESQ., and hereby requests *ex parte* that this Court disregard Plaintiff's Motion to Exceed Page Limits for Plaintiff's Motion for Temporary Restraining Order and Permanent Injunction on Order Shortening Time. Upon a review of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Plaintiff's counsel has realized he miscalculated the number of pages in Plaintiff's Motion, including both the Declaration of Counsel and OST in the overall page count. As such, the page count was off six (6) pages, putting the TRO

squarely within the twenty-four (24) page limit reflected in the Local Rule. As such, Plaintiff's counsel apologizes, and respectfully requests the Court disregard the Motion for Excess Pages, and accept the Plaintiff's Motion for TRO and Permanent Injunction as filed.

Dated this 26th day of September, 2017.

/s/ Michael J. Mcavaoyamaya
_____
MICHAEL J. MCAVOYAMAYA, ESQ.
Nevada Bar No.: 14082
4539 Paseo Del Ray
Las Vegas, Nevada 89121
Telephone:     (702) 299-5083
Mmcavoyamayalaw@gmail.com
*Attorney for Plaintiff*