**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
KEVIN B. ARCHIBALD, ESQ. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, kba@cjmlv.com

**BREDHOFF & KAISER**
BRUCE R. LERNER, ESQ. (admitted *pro hac vice*)
JACOB KARABELL, ESQ. (admitted *pro hac vice*)
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Email: blerner@bredhoff.com, jkarabell@bredhoff.com

Attorneys for Amalgamated Transit Union International, James Lindsay III, Lawrence J. Hanley, Antonette Bryant, Terry Richards, Carolyn Higgins, Keira Mcnett, Daniel Smith, and Tyler Home

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MENDOZA JR., individually and as a member and on behalf of the AMALGAMATED TRANSIT UNION LOCAL 1637, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMALGAMATED TRANSIT UNION INTERNATIONAL ("ATU"), a nonprofit corporation; JAMES LINDSAY III, individually and in his official capacity as ATU International Vice President and Trustee; LAWRENCE J. HANLEY, individually and in his official capacity as International Union President; ANTONETTE BRYANT, individually and in her official capacity as International Representative and Hearing Officer; TERRY RICHARDS, individually; CAROLYN HIGGINS, individually; KEIRA MCNETT, individual; DANIEL SMITH, individually; TYLER HOME, individually; DOES; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02485-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1 | Defendants Amalgamated Transit Union et al., by and through their counsel of record,
2 | Evan L. James, Esq.; and Plaintiff Jose Mendoza, by and through his counsel of record, Michael
3 | Mcavoyamaya, Esq., stipulate and agree as follows:

**Whereas** a Motion To Dismiss was filed by Defendants on December 5, 2017 (ECF No. 38).

**Whereas** Plaintiff will file an Opposition to Defendants' Motion to Dismiss on December 19, 2017.

**Whereas** the deadline for Defendants to file a Reply in support of their Motion to Dismiss is December 26, 2017.

**Whereas** to accommodate pre-planned holiday travel that counsel for Defendants has, the parties have agreed to extend the deadline for Defendants to file their Reply in support of their Motion to Dismiss to January 2, 2018.

///

///

///

///

///

///

///

**It Is Hereby Stipulated** that the deadline for Defendants to file their Reply in support of their Motion to Dismiss be extended from December 26, 2017 to January 2, 2018.[1]

| | |
|---|---|
| SO STIPULATED | SO STIPULATED |
| DATED this 19th day of December, 2017. | DATED this 19th day of December, 2017. |
| MICHAEL J. MCAVOYAMAYA, ESQ. | CHRISTENSEN JAMES & MARTIN |
| By: /s/ Michael J. Mcavoyamaya<br>Michael J. Mcavoyamaya, Esq.<br>Nevada Bar No.: 14082<br>4539 Paseo Del Ray<br>Las Vegas, NY 89121<br>*Counsel for Plaintiff'* | By: /s/ Evan L. James<br>Nevada Bar No. 7760<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>BREDHOFF & KAISER, P.L.L.C<br><br>By: /s/ Jacob Karabell<br>*admitted pro hac vice*<br>805 15th Street N.W., Suite 1000<br>Washington, DC 20005<br>*Counsel for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2017.

---

[1] Should the Court wish to set oral argument on Defendants' Motion to Dismiss, Plaintiffs' counsel would like to inform the Court that he will be out of the country from January 5 through January 15, 2008.