**CHRISTENSEN JAMES & MARTIN**
EVAN L. JAMES, ESQ. (7760)
KEVIN B. ARCHIBALD, ESQ. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, kba@cjmlv.com

**BREDHOFF & KAISER**
BRUCE R. LERNER, ESQ. (admitted *pro hac vice*)
JACOB KARABELL, ESQ. (admitted *pro hac vice*)
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Email: blerner@bredhoff.com, jkarabell@bredhoff.com

*Attorneys for Defendants Amalgamated Transit Union International, James Lindsay III, Lawrence J. Hanley, Antonette Bryant, Terry Richards, Carolyn Higgins, Keira McNett, Daniel Smith, and Tyler Home*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE MENDOZA JR., individually and as a member and on behalf of the AMALGAMATED TRANSIT UNION LOCAL 1637, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMALGAMATED TRANSIT UNION INTERNATIONAL ("ATU") et al.<br><br>Defendants. | CASE NO.: 2:17-cv-02485-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE ANSWER (First Request)** |

Defendants Amalgamated Transit Union et al., by and through their counsel of record, Jacob Karabell, Esq.; and Plaintiff Jose Mendoza Jr., by and through his counsel of record, Michael Mcavoyamaya, Esq., stipulate and agree as follows:

1     **Whereas** on September 19, 2018, the Court denied Defendants' Motion to Dismiss Counts One and Two of Plaintiff's Complaint;

    **Whereas** the deadline for the remaining Defendants to file an Answer to Counts One and Two of Plaintiff's Complaint is October 3, 2018, pursuant to Fed. R. Civ. P. 12(a)(4);

    **Whereas** to accommodate Defendants' need for additional time to confer with their clients and prepare an Answer, the parties have agreed to extend the deadline for Defendants to file their Answer to October 17, 2018.

///

    **It Is Hereby Stipulated** that the deadline for Defendants to file an Answer to Plaintiff's Complaint be extended from October 3, 2018 to October 17, 2018.


| SO STIPULATED | SO STIPULATED |
|---|---|
| DATED this 1st day of October, 2018. | DATED this 1st day of October, 2018. |
| MICHAEL J. MCAVOYAMAYA, ESQ. | BREDHOFF & KAISER, P.L.L.C. |
| By: /s/ Michael J. Mcavoyamaya<br>Michael J. Mcavoyamaya, Esq.<br>Nevada Bar No. 14082<br>4539 Paseo Del Ray<br>Las Vegas, NV 89121 | By: /s/ Jacob Karabell<br>*Admitted pro hac vice*<br>805 15th Street N.W., Suite 1000<br>Washington, DC 20005 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2018

-1-