# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE MENDOZA, JR., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>AMALGAMATED TRANSIT UNION INTERNATIONAL, et al.<br><br>Defendant(s). | Case No. 2:17-CV-2485 JCM (CWH)<br>2:18-CV-959 JCM (NJK)<br><br>REASSIGNMENT ORDER |

The presiding district judge in these actions has determined that these actions are related and that there is good cause to reassign them to one magistrate judge pursuant to Local Rule 42-1(a). *See* Local Rule 42-1(a) ("If a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge"). Additionally, transfer will promote judicial efficiency and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that case no. 2:18-cv-00959-JCM-NJK is reassigned to District Judge James C. Mahan and Magistrate Judge Carl W. Hoffman, and all future pleadings must bear case number 2:18-cv-00959-JCM-CWH.

IT IS SO ORDERED.

DATED January 9, 2019.

_____
UNITED STATES DISTRICT JUDGE